```
                                    ___ FILED        ___ RECEIVED
                                    ___ ENTERED      ___ SERVED ON
                                                     COUNSEL/PARTIES OF RECORD

                                           JUL 29 2014

                                         CLERK US DISTRICT COURT
                                          DISTRICT OF NEVADA
                                    BY:_____ DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   ROBERT A. KNIEF
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
4  Suite 5000
   Las Vegas, Nevada 89101
5  702-388-6336

6              UNITED STATES DISTRICT COURT
7                    DISTRICT OF NEVADA
                          -oOo-

8  UNITED STATES OF AMERICA,           )
9                                      ) CRIMINAL INDICTMENT
              Plaintiff,                )
10                                     ) CASE No.: 2:14-cr-250
       vs.                              )
11                                     ) VIOLATIONS:
   HAMILTON HEE, and                    )
12                                     ) **Count One**
   VANESSA SICILIANO,                   ) 21 U.S.C. § 841(a)(1), (b)(1)(C), and
13                                     ) 21 U.S.C. § 846
              Defendants.               ) Conspiracy to Manufacture and Possess with
14                                     ) Intent to Distribute Controlled Substances
                                        )
15 _____ )

16 THE GRAND JURY CHARGES THAT:

                          **COUNT ONE**
17     (Conspiracy to Manufacture and Possess with Intent to Distribute Controlled Substances)

18     On a date unknown but prior to July 2, 2013, and continuing thereafter until July 30,

19 2013, in the State and Federal District of Nevada,

20              HAMILTON HEE, and
                VANESSA SICILIANO,
21
   defendants herein, and others, both known and unknown to the grand jury, did knowingly and
22
   intentionally combine, conspire, and agree to manufacture and possess with the intent to
23

24

distribute heroin, a Schedule I controlled substance, and oxymorphone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

**DATED:** this day 29th of July, 2014

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

ROBERT A KNIEF
Assistant United States Attorney