AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT

for the

District of Nevada

|  |  |
|---|---|
| United States of America<br>v.<br><br>HAMILTON HEE<br>*Defendant* | )<br>)<br>)<br>)<br>)  Case No.  2:14-cr-0250-APG-PAL |

## ORDER SCHEDULING AN IDENTITY AND DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Before the Honorable Magistrate Judge Peggy A. Leen | | |
|---|---|---|---|
| | | Courtroom No.: | 3C |
| | | Date and Time: | 8/01/2014, 3:00pm |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  Jul 31, 2014

_____
*Judge's signature*

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*