ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702-474-4222
Attorney for Defendant
emagana@draskovich.com
robert@draskovich.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>vs.<br><br><br>HAMILTON HEE,<br>      Defendant. | Case No.: 2:14-CR-0250-APG-PAL<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING**<br>      (Second Request) |

Defendant, Hamilton Hee, by and through his attorney of record, Robert M. Draskovich, Esq., and Plaintiff United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Robert A. Knief, Assistant United States Attorney, stipulate and request that the Court continue his sentencing hearing, currently scheduled for October 26, 2016, for two weeks or to a date convenient for the Court.

Counsel for Defendant requires additional time to prepare for sentencing. There is additional documentation being obtained to include in the Defendant's sentencing memorandum. Defendant Hee is not in custody, and does not object to the request for continuance. Defendant Hee is currently in compliance with his release conditions. Defendant Hee waives any right he may have to a speedy sentencing in this matter.

/ / /

/ / /

WHEREFORE, the parties stipulate and request that the Court continue defendant Hee's sentencing hearing, currently scheduled for October 26, 2016 for two weeks or to a date convenient for the Court.

RESPECTFULLY SUBMITTED this 24th day of October, 2016

/s/ Robert A. Knief
ROBERT A. KNIEF
Assistant United States Attorney


By: /s/ Robert M. Draskovich, Esq.
ROBERT M. DRASKOVICH, Esq.
Counsel for defendant Hee

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>HAMILTON HEE,<br><br>           Defendant. | Case No.: 2:14-CR-0250-APG-PAL<br><br>**ORDER CONTINUING SENTENCING HEARING** |

      This matter comes before the Court on the parties Stipulation to Continue Sentencing. Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

      1. Counsel for Defendant requires additional time to prepare for sentencing. There is Additional documentation being obtained to include in the Defendant's sentencing memorandum. Defendant Hee is not in custody, and does not object to the request for continuance of his sentencing hearing, currently scheduled for October 26, 2016 for two weeks or to a date convenient for the Court.

      2. The Court hereby concludes that the ends of justice are best served by granting this continuance of defendant Hee's sentencing.

      **IT THEREFORE ORDERED** that the sentencing hearing, currently scheduled for October 26, 2016 is vacated and reset for  December 1, 2016  at the hour of  11:00 a.m., Courtroom 6C.

      **IT IS SO ORDERED** this  24th  day October, 2016.

_____
UNITED STATES DISTRICT JUDGE