ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702-474-4222
Attorney for Defendant
emagana@draskovich.com
robert@draskovich.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>vs.<br><br>HAMILTON HEE,<br>   Defendant. | Case No.: 2:14-CR-0250-APG-PAL<br><br>**STIPULATION TO CONTINUE<br>DEFENDANT'S SURRENDER DATE** |

  Defendant, Hamilton Hee, by and through his attorney of record, Robert M. Draskovich, Esq., and Plaintiff United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Robert A. Knief, Assistant United States Attorney, stipulate to continue Defendant's surrender date of May 26, 2017 for thirty (30) days.

  RESPECTFULLY SUBMITTED this 22nd day of May, 2017.

           /s/ Robert A. Knief
           ROBERT A. KNIEF
           Assistant United States Attorney


           By: /s/ Robert M. Draskovich, Esq.
           ROBERT M. DRASKOVICH, Esq.
           Counsel for defendant Hee

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>HAMILTON HEE,<br><br>        Defendant. | Case No.: 2:14-CR-0250-APG-PAL<br><br>**ORDER CONTINUING SURRENDER DATE** |

Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

**IT IS ORDERED** that the Defendant's surrender date, currently scheduled for May 26, 2017 is continued to **June 30, 2017** at the hour of **12:00 noon**.

                                 **IT IS SO ORDERED** this 22nd day May, 2017.

                                 _____
                                 UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

/s/ Robert M. Draskovich
_____
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
Attorney for Defendant Hee